UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-103 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| PHILIP ALLEN DRISCOLL, *et al.* | ) | |

**O R D E R**

Defendant Annie Blankenship ("Blankenship") has moved for a continuance of the trial scheduled to start on March 7, 2006 (Court File No. 42). The Government and Blankenship's two codefendants do not object to the motion (*Id*). Blankenship has asked for a continuance because her counsel, Douglas Trant, is recuperating from a "major surgery" (Court File No. 42, Affidavit of Douglas A. Trant). While the Court is sympathetic to Mr. Trant's circumstances, a continuance of the trial date will not be granted.

The Court's trial schedule is such that continuing criminal trials, especially a trial of this length and complexity, poses difficulties. From the date of the indictment until the scheduled trial date is approximately seven months, much longer than is typical for the Court's criminal cases. The indictment in this case was filed on August 17, 2005. The Court also observes it previously granted a request to continue the case. The trial originally was set to take place on November 2, 2005 (Court File Nos. 1, 11). Defendants moved to continue the trial and have the case designated complex (Court File No. 6). Defendants' request was granted on September 23, 2005 and the trial was rescheduled to begin on March 7, 2006 (Court File No. 22). While the Court is unable to grant the

motion, the Court will endeavor to accommodate Mr. Trant during the course of the trial by taking breaks or shortening the trial day. Accordingly, Blankenship's motion to continue the trial is **DENIED**.

    **SO ORDERED.**

    **ENTER:**

    **/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**